UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Karen Gardiner,**

    vs.

**NOTICE**

Case Number  2: 10-cv-0947
Judge  Sargus

**Kelowna Flightcraft, Ltd.,**

Magistrate Judge Abel

[X]   TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:   **United States District Court**          Room Number 218
         **85 Marconi Boulevard**
         **Columbus, Ohio 43215**               **January 13, 2011 at 10:00 AM**

Type of Proceeding:   **PRELIMINARY PRETRIAL CONFERENCE**

**Mark R. Abel
United States Magistrate Judge**

   _s/Spencer D. Harris_
**December 9, 2010**                    **Spencer D. Harris, Courtroom Deputy
(614) 719-3027**

**E-Mailed To:**

Edward Forman, John Marshal, Stephen Rosenthal, Steve Marks, Basil Musnuff, David Herman Michael Rigelsky, Michael Shannon