IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KAREN GARDINER, individually
and as the personal representative
of Sean Gardiner, deceased,

        Plaintiff,

                                   Case No. 2:10-cv-947

v.                                Judge Sargus
                                   Magistrate Judge Abel

KELOWNA FLIGHTCRAFT, LTD.,

        Defendant.

## ORDER

    The Motion by the United States to Intervene (Doc. 81) is **GRANTED**.  The United States is permitted to intervene in this matter, and the Clerk is directed to enter Attachment 1 to Document 81 onto the docket.  Plaintiff and Defendant shall have fourteen (14) days from the date of this Order to respond to the United States' brief.

    **IT IS SO ORDERED.**

_____8-4-2011_____                       _____
**DATED**                                  EDMUND A. SARGUS, JR.
                                         UNITED STATES DISTRICT JUDGE