AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

KAREN GARDINER, as the
personal representative of the
Estate of Sean Gardiner, deceased,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

**KELOWNA FLIGHTCRAFT,
LTD.,**

CASE NO.  C2-10-947
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

       **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 6, 2011, JUDGMENT is hereby entered dismissing this case.  This case is REMANDED to the Court of Common Pleas of Franklin County.**

Date: September 6, 2011                  JAMES BONINI, CLERK

                                             /S/ Andy F. Quisumbing
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk